**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| ALAN RAY GOOLSBY,       )<br>        Plaintiff,       )<br>v.       )<br>CITY OF BARTLETT; CITY OF )<br>BARTLETT COURT; CITY OF BARTLETT )<br>POLICE AND DETECTIVE )<br>DEPARTMENT; SHARON BANTON, )<br>Bartlett Police Officer; JUSTINE REAMS, )<br>Bartlett Police Officer; DANIEL BROWN; )<br>City of Bartlett Judge; and CITY OF )<br>BARTLETT OFFICER UNKNOWN WHO )<br>WAS PRESENT AT AUTO, )<br>        Defendants.       ) | No. 2:19-cv-02434-SHL-cgc |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING CASE**

Before the Court is Magistrate Judge Claxton's Report and Recommendation ("Report"), filed May 26, 2020. (ECF No. 9.) Dismissal of this action is recommended because the matter is time barred and fails to state a claim upon which relief may be granted. For the following reasons, the Report is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for involuntary dismissal of an action for failure to prosecute. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was June 9, 2020, and Plaintiff filed no objections. The Court has reviewed the Report for clear error and finds none. The Report outlines why Plaintiff's claims are time-barred, as well as the ways in which the allegation fail to state legal claims. Therefore, the Court **ADOPTS** the Magistrate Judge's Report. Plaintiff's claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 26th day of June, 2020.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE